ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1221 MJD/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA BACKEN,<br><br>Defendant,<br><br>CITY OF TWO HARBORS<br>LIQUOR STORE,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about July 9, 2001.

At the time of service, the garnishee informed the U.S. Marshal that defendant was no longer employed with City of Two Harbors Liquor Store.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on City of Two Harbors Liquor Store is hereby released.

Dated: 7/16/01

Raymond L. Erickson
Judge
United States District Court

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK